**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ROBERT THOMAS and AMANDA RENEE THOMAS, each individually and as Next Friends to A.T. and Z.T.,

Case No. 8:26-cv-02658-SDM-LSG

Plaintiffs,

v.

THE MICHAELS ORGANIZATION, LLC ; AMC EAST COMMUNITIES, LLC, ; MMS AIR FORCE LLC,

Defendants.
_________________________________________/

**DEFENDANTS' MOTION TO TRANSFER AND CONSOLIDATE CASES**

Pursuant to Fed. R. Civ. P. 42, Defendants, MMS AIR FORCE LLC (MMS), AMC EAST COMMUNITIES, LLC (AMC), and THE MICHAELS ORGANIZATION, LLC (TMO) (collectively "Defendants") by and through undersigned counsel, moves to transfer this action to Hon. Steven D. Merryday, and consolidate this action for the purposes of discovery only with the case of Dillon Mullins et al, v. TMO, et al., Case No: 8:25-cv-02637-SDM-AAS ("Mullins Case") pursuant to Fed. R. Civ. P. 42(a) which is presently pending before Judge Merryday, in furtherance of judicial economy. In support of this Motion, Defendants states as follows:

1. Both cases and all claims arise out of the tenancy of various individuals at base housing operated by MMS and AMC located at MacDill AFB.

2. The complaints allege the same facts with regards to allegations that the base housing was improperly operated and maintained for which the plaintiffs seek monetary compensation.

3. Each case presents common questions of law and fact, involve the same witnesses and legal issues, and are pending before the same Court. Plaintiffs and Defendants also represented by the same respective counsel in both cases.

4. Under the Florida Rules of Civil Procedure, "[w]hen actions involving a common question of law or fact are pending before the court, it may order a joint hearing or trial of any or all the matters in issue in the actions; it may order all the actions consolidated; and it may make such orders concerning proceedings therein as may tend to avoid unnecessary costs or delay." Fla. R. Civ. P. 1.270(a).

5. Consolidating the above cases would serve the interests of judicial economy, as well as lower the costs and administrative burden to all parties and the Court.

6. Specifically, consolidating discovery will accelerate the trial process by allowing for uniform discovery rulings, coordination of the discovery process, and scalability of discovery for common issues.

7. Consolidated discovery will also avoid unnecessary cost and delay by streamlining discovery on common questions.

8. Consolidated discovery will not prejudice either Plaintiff because this Court can calibrate the discovery process to maximize efficiency on common issues but nonetheless allow discovery on individual issues.

9. Consolidating the cases promotes judicial resources and will eliminate the possibility of conflicting judgments.

10. Based on the above, Defendants request an extension to respond to the complaint in this matter until 21 days after an order is entered on the instant motion.

WHEREFORE, Defendants respectfully requests that this Honorable Court enter an order transferring this action to Hon. Steven D. Merryday, and consolidate this action for the purposes of discovery only with the Mullins Case pursuant to Fed. R. Civ. P. 42(a), but retaining separate trials pursuant to Fed. R. Civ. P. 42(b) in furtherance of judicial economy, and

granting any further relief that may be just and proper under the circumstances.

**LOCAL RULE 3.01(g) CERTIFICATE**

Pursuant to Local Rule 3.01(g), Defendants certify that the undersigned has conferred with counsel for Plaintiffs, and Plaintiffs oppose this Motion.

Respectfully submitted,
LEWIS BRISBOIS BISGAARD & SMITH LLP

*s/ Jonathan Kepko*
JONATHAN G. KEPKO
Florida Bar Number 67375
Email: jonathan.kepko@lewisbrisbois.com;
flcourtmail@lewisbrisbois.com
stephanie.pineiro@lewisbrisbois.com
G. WILLIAM HUNT
Florida Bar Number 126838
Email: william.hunt@lewisbrisbois.com;
flcourtmail@lewisbrisbois.com;
Brenda.Howard@lewisbrisbois.com
401 East Jackson Street, Suite 3400
Tampa, Florida 33602
Phone: 813.739.1900; Fax: 813.739.1919
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 8, 2026, I electronically filed the foregoing with the Clerk of the Court by using the Clerk's CM/ECF System, which will send a Notice of Electronic Filing to the following:

**Robert J. McKee:** rmckee@themckeelawgroup.com
**Vincent J. Colatriano**: vcolatriano@cooperkik.com

**Michael Weitzner**: mweitzner@cooperkik.com
**Kristina Baehr:** Kristina@well.law

***s/Jonathan Kepko***
Attorney